IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SMITH,

       Plaintiff,               No. CIV S-10-2918 GEB DAD PS

    v.

C.D.C., et al.,

       Defendants.       <u>ORDER</u>

_____/

       Plaintiff is proceeding pro se with the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

       On June 24, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The fourteen-day period has expired, and plaintiff has not filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed June 24, 2011 (Doc. No. 4) are adopted in full; and

2.  This action is dismissed without prejudice.

Dated:  July 20, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2